UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TEVIS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STATE OF CALIFORNIA SUPERIOR COURT, et al.,<br><br>    Defendants. | No. 2:23-cv-02054-TLN-CKD<br><br>**ORDER** |

    Plaintiffs are proceeding in this action without counsel. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

    On January 17, 2024, the magistrate judge filed findings and recommendations herein which contained notice to Plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) Plaintiffs have filed objections. (ECF No. 7.)

    The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 6) are ADOPTED IN FULL;
2. The action is DISMISSED for lack of subject matter jurisdiction;
3. Plaintiffs' motions to proceed in forma pauperis (ECF Nos. 2, 3) are DENIED as moot; and
4. The Clerk of Court is directed to close this case.

Date: March 1, 2024

_____
Troy L. Nunley
United States District Judge

2